Billy Earl **TRENT**, Plaintiff–Appellant,

v.

**ATLANTIC RICHFIELD COMPANY**; State of Virginia Department of Mines, Minerals and Reclamation; Sovereign Petroleum Associates; Evan Energy Company; Penn Virginia Resources Corporation, Defendants–Appellees.

No. 01–1739.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.

Billy Earl Trent, pro se. Sandra Brooks Riggs, Office of the Attorney General of

Virginia, Big Stone Gap, VA; K. Jeff Luethke, Wilhoit & Kaiser, Kingsport, TN, for appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Billy Earl Trent appeals the district court's order dismissing Trent's civil lawsuit arising out of natural gas and oil exploration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Trent v. Atlantic Richfield Co.*, No. CA–01–5–2 (W.D.Va. May 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*